**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker                                              Chris Wolpert
Clerk of Court           December 05, 2017              Chief Deputy Clerk

Mr. Timothy M. O'Brien (KStp)
United States District Court for the District of Kansas
Office of the Clerk
444 Southeast Quincy
U.S. Courthouse
Room 490
Topeka, KS 66683-0000

**RE:    17-3087, Hill v. Corizon Health, et al**
         Dist/Ag docket: 5:16-CV-03062-EFM-DJW

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court.

Please contact this office if you have questions.

                                                   Sincerely,

                                                   *Elisabeth A. Shumaker*

                                                   Elisabeth A. Shumaker
                                                   Clerk of the Court

cc:     Richard M. Acosta
        Kwame Otoyumaboya Hill
        Rachael D Longhofer
        Mark Maloney
        Roger W. Slead
        Brian Lee White

EAS/kf